UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.23-60534-PMB |
| | : | |
| ***NAIROBI DEON RILEY SR.,*** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE Paul M Baisier |
| _____ | : | |
| | : | |
| ***MELISSA J. DAVEY,*** | : | |
| **STANDING CHAPTER 13 TRUSTEE,** | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ***NAIROBI DEON RILEY,* Debtor, and** | : | |
| ***DERICK HUZZIE, JOANNE HOWELL,*** | : | |
| ***JAMES MADDOX,*** | : | |
| ***LAWSAUNDRA DRIVER,*** | : | |
| ***BERNARD BROWNLEE,* and** | : | |
| ***STANLEY HOWELL,* Transferees,** | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that *Melissa J. Davey, Chapter 13 Trustee* has filed *MOTION TO EXTEND TIME TO OBJECT TO TRANSFER OF PROPERTY* and related papers with the Court seeking an order *to extend time to object to transfer of property.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to Extend Time to Object to Transfer of Property* at **10:15 AM** on **August 22, 2024,** in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want to Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is 1340 U.S. Courthouse (and Richard B. Russell Federal Building), 75 Ted Turner Drive S.W., Atlanta, GA 30303-3367. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: **July 10, 2024**

          /s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
TEL: (678) 510-1444
FAX: (678) 510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.23-60534-PMB |
| | : | |
| ***NAIROBI DEON RILEY SR.,*** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | JUDGE Paul M Baisier |
| _____ | : | |
| | : | |
| ***MELISSA J. DAVEY,*** | : | |
| **STANDING CHAPTER 13 TRUSTEE,** | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ***NAIROBI DEON RILEY,*** **Debtor, and** | : | |
| ***DERICK HUZZIE, JOANNE HOWELL,*** | : | |
| ***JAMES MADDOX,*** | : | |
| ***LAWSAUNDRA DRIVER,*** | : | |
| ***BERNARD BROWNLEE,*** **and** | : | |
| ***STANLEY HOWELL,*** **Transferees,** | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

**CHAPTER 13 TRUSTEE'S MOTION TO EXTEND TIME
TO OBJECT TO TRANSFER OF PROPERTY**

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above styled case, and files this **Motion to Extend Time to Object to Transfer of Property**, and respectfully shows the court the following:

1.

This case was filed on October 25, 2023, under Chapter 13 of Title 11 of the United States Code. The unconfirmed plan, as proposed, provides for payments of $811.00 per month, an applicable commitment period of thirty-six (36) months and a

one hundred percent (100%) dividend to be paid to unsecured creditors.

2.

At the 11 U.S.C. Section 341 Meeting of Creditors on December 19, 2023, Debtor testified that after he received a personal injury settlement of approximately $9,000.00 in October, 2023, he used a portion of the funds to repay loans to family members and friends. Debtor has provided documentation indicating that he received the personal injury settlement on September 14, 2023.

3.

On Debtor's Amended Statement of Financial Affairs, Part 3, Question #7 (Doc. No. 32) filed on May 1, 2024 ("SOFA"), Debtor reports a loan payment of $650.00 to **Derick Huzzie** in the month of October, 2023. Debtor does not report a specific date and it is unclear whether this payment was pre-petition or post-petition. Debtor reports that Derick Huzzie's address is 348 Maley Rd., Apt. A, Lagrange, Georgia 30240.

4

Also on SOFA, Debtor reports a loan payment of $1,400.00 to **Joanne Howell** in the month of October, 2023. Debtor does not report a specific date and it is unclear whether this payment was pre-petition or post-petition. Debtor reports that Joanne Howell's address is 36 Old Mill Court, College Park, Georgia 30349.

5.

Also on SOFA, Debtor reports a loan payment of $1,200.00 to **James Maddox** in the month of October, 2023. Debtor does not report a specific date and it is unclear whether this payment was pre-petition or post-petition. Debtor reports that James Maddox's address is 2275 Star Mist Dr. SW, Atlanta, Georgia 30311.

6.

Also on SOFA, Debtor reports a loan payment of $1,400.00 to **Lasaundra Driver** in the month of October, 2023. Debtor does not report a specific date and it is unclear whether this payment was pre-petition or post-petition. Debtor reports that Lasaundra Driver's address is 6250 Camp Rd., Riverdale, Georgia 30296.

7.

Also on SOFA, Debtor reports a loan payment of $2,500.00 to **Bernard Brownlee** in the month of November, 2023, a post-petition date. Debtor reports that Bernard Brownlee's address is 6250 Camp Rd., Riverdale, Georgia 30296.

8.

Also on SOFA, Debtor reports a loan payment of $1,500.00 to **Stanley Howell** in the month of November, 2023, a post-petition date. However, Debtor has provided documentation to Trustee indicating that this payment was made on September 14, 2023. Debtor reports that Stanley Howell's address is 36 Old Mill Court, College Park, Georgia 30349.

9.

Trustee requested documentation of actual payment dates, and Debtor has been unable to comply with the exception of the payment to Stanley Howell, which appears to have been paid on September 14, 2023.

10.

To the extent that the above referenced loan payments were paid prior to the filing of the instant case, these payments constitute preference payments pursuant to 11 U.S.C. § 547. These transfers in question were for the benefit of creditors and was made on accounts of an antecedent debt. These repayments were made to an "insider" and was made within ninety days before the date of filing and one year of the filing of

the Debtor's petition. The Debtor was insolvent at the time these transfers were made, given the assets and liabilities disclosed in Debtor's Schedules, and these transactions did not create any type of security interest. Finally, these transfers did not bestow any sort of new value upon Debtor, nor did these transfers occur contemporaneously with the incurrence of the debts the Debtor owed.

11.

To the extent that any of the above reference loan payments were paid after the filing of the instant case and the order for relief on October 25, 2023, the transfers are avoidable as post-petition transactions pursuant to 11 U.S.C. Section 549.

12.

The Debtor's Plan (Doc. No. 27), filed February 22, 2024, provides for a one hundred percent (100%) repayment to the total amount of nonpriority unsecured claims not separately claimed, thus, creditors are protected as long as the Debtor preforms under the Plan.

13.

Any adversary proceeding to avoid these transfers may not be commenced after two (2) years from the entry of the order of relief, one (1) year following the appointment of the first Trustee, or after the case is dismissed or closed. 11 U.S.C. § 546(a)(1). *See also Gordon v. Slaughter* (*In re Slaughter Company and Assocs.)* 242 B.R. 97 (Bankr. N.D. Ga. 1999) (J. Murphy). The Chapter 13 Trustee seeks to preserve the right to object to these transfers should Debtor fail to complete the Plan, and, in that event, may seek to convert this case to one under Chapter 7 to allow a Chapter 7 Trustee to avoid these transfers and recover funds for unsecured creditors.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court extend the time within which the Chapter 13 Trustee, or any subsequently appointed

Trustee, may object to the above-referenced transfers pursuant to 11 U.S.C. Section 544, 547, 549 and 550, and for such other relief as this Court deems just and proper.

This 10th day of July 2024.

Respectfully submitted,

/s/ _____
Mandy K. Campbell, GA Bar No. 142676
Staff Attorney for Melissa J. Davey,
Chapter 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303
TEL: (678) 510-1444
FAX: (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CASE NO.23-60534-PMB
:
**NAIROBI DEON RILEY SR.,** : CHAPTER 13
:
Debtor. : JUDGE Paul M Baisier

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **Motion to Extend Time to Object to Transfer of Property and Notice of Hearing** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.

Clark & Washington, P.C.

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DEBTOR:

NAIROBI DEON RILEY SR.
6352 Woodstock Lane
Riverdale, GA 30296

TRANSFEREES OF PROPERTY:

Derick Huzzie
348 Maley Rd., Apt. A
Lagrange, Georgia 30240

Joanne Howell
36 Old Mill Court
College Park, GA 30349

James Maddox
2275 Star Mist Dr SW
Atlanta, GA 30311

Lasaundra Driver
6250 Camp Rd
Riverdale, GA 30296

Bernard Brownlee
6250 Camp Rd
Riverdale, GA 30296

Stanley Howell
36 Old Mill Court
College Park, GA 30349

This 10th day of July 2024.

                                               Respectfully submitted,

                                               /s/
                                             Mandy K. Campbell
                                             GA Bar No. 142676
                                             Attorney for the Chapter 13 Trustee
                                             233 Peachtree Street, NE, Suite 2250
                                             Atlanta, GA 30303
                                             TEL:  (678) 510-1444
                                             FAX:  (678) 510-1450